NATIONAL BANK OF RONDOUT, Respondent, *v.* THOMAS F. BYRNES, Appellant, Impleaded with Others.

*National Bank of Rondout* v. *Byrnes,* 84 App. Div. 100, affirmed.
(Argued March 1, 1904; decided March 16, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May

11, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Edward C. Conway* and *J. Stewart Ross* for appellant.

*Howard Chipp* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ. Absent: PARKER, Ch. J.